# United States District Court
# For The Western District of North Carolina
# Statesville Division

HAYDEN CALVERT,

        Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　CASE NO. 5:06CV143-3-MU

SUPERINTENDENT LEWIS SMITH,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 13, 2006, Order.

        Signed: November 14, 2006

Frank G. Johns, Clerk
United States District Court